UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KELLY LAWSON

VERSUS

WAL-MART STORES, INC., ET AL

CIVIL ACTION

NUMBER 15-92-JWD-SCR

**RULING ON MOTION TO COMPEL MEDICAL EXAMINATION**

Before the court are the defendants' Motion to Compel Independent Medical Examination, Supplemental Motion to Compel Independent Medical Examination, and the two motion for expedited hearing on the motions to compel. Record document numbers 8, 11, 9 and 12, respectively.

Plaintiff's Unopposed Motion to Continue Expert and Discovery Deadlines was granted and an Amended Scheduling Order was issued.[1] In accordance with the indication of counsel in the Unopposed Motion to Continue Expert and Discovery Deadlines,[2] counsel for the plaintiff and counsel for the defendants advised the court via email that the motions to compel the plaintiff to appear for a medical examination, and the motions for an expedited hearing of those motions, are moot.

Accordingly, the defendants' Motion to Compel Independent Medical Examination, Supplemental Motion to Compel Independent

---

[1] Record document numbers 13 and 16, respectively.

[2] Record document number 13, p. 2, n. 2.

Medical Examination, and the two motion for expedited hearing on the motions to compel are dismissed as moot.

Baton Rouge, Louisiana, October 14, 2015.

*Stephen C. Riedlinger*
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE